FILED: December 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1609

PIERRE YASSUE NASHUN RILEY,

   Petitioner,

 v.

MERRICK B. GARLAND, Attorney General,

   Respondent.

O R D E R

  Pierre Yassue Nashun Riley petitions for review of the Board of Immigration Appeals' order (1) reversing the Immigration Judge's decision granting his application for deferral of removal under the Convention Against Torture and (2) ordering him removed to Jamaica. The Attorney General has moved to remand the case, and Riley opposes the motion. Upon consideration of the parties' submissions relative to the motion to remand, the court denies the motion. The Clerk will see to the reinstatement of the briefing schedule by separate order.[*]

            For the Court,

            /s/ Patricia S. Connor, Clerk

---

[*] Should the Attorney General require more time to file his response brief, he may seek an extension after the reinstatement of the briefing schedule.