FILED: June 5, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 22-1609
(A097-534-840)

———————————

PIERRE YASSUE NASHUN RILEY

       Petitioner

v.

MERRICK B. GARLAND, Attorney General

       Respondent

———————————

O R D E R

———————————

Upon consideration of the consent motion to stay mandate pending the filing of a petition for a writ of certiorari, the court grants the motion. The stay shall not exceed 90 days absent notice that the petition has been filed or a showing of good cause for extension. If the petition is filed, the stay continues until the Supreme Court's final disposition. Fed. R. App. P. 41(d)(2)(B). Upon filing a petition for writ of certiorari in the Supreme Court, counsel shall notify this court in writing. Counsel

shall also notify this court in writing when the petition is denied or, if granted, when judgment has been entered by the Supreme Court.

Entered at the direction of Judge King with the concurrence of Judge Harris and Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk